**JOHN M. MAKOWSKI, ESQUIRE**
**Identification No.:  (J.M. 6103)**
**Greentree Executive Campus**
**4003 Lincoln Drive West**
**Suite C**
**Marlton, New Jersey  08053**
**(856) 988-0002**
**John@makowskilawfirm.com**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINIGE

Attorney for the Defendant, Makowski

| | |
|---|---|
| JENNIFER A. GALLAGHER, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN M. MAKOWSKI,  PLUMBERS LOCAL UNION 690 SUPPLEMENTAL RETIREMENT PLAN,  THOMAS J. MCNULTY,  JOHN I. KANE,  THOMAS J. CROWTHER,  TIMOTHY J. BRINK, HOWARD WEINSTEIN AND JOHN J. BEE, <br><br> Defendants. | *CIVIL ACTION* <br><br> *CASE NO*.  13-cv-01103-JEI-AMD <br><br> Removed from the Superior Court of New Jersey, Burlington County, Law Division Docket No.: L-2873-12 <br><br> **DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56** |

**TO:**  Joseph M. Pinto, Esquire
Polino and Pinto, P.C.
Moorestown Times Square
720 East Main Street, Suite 1C
Moorestown, NJ  08057

Liam Y. Braber, Esquire
Jacoby Donner, P.C.
1700 Market Street, Suite 3100
Philadelphia, PA  19103

Gary P. Brooks, Jr.
Southern State Correctional Facility
Inmate #000494262E
4295 Route 47
Delmont, New Jersey  08314

PLEASE TAKE NOTICE that on September 16, 2013, at 9:00 a.m. or as soon as thereafter as counsel may be heard, the undersigned attorney, for the Defendant, John M. Makowski, shall move before the Hon. Joseph E. Irenas, U.S.D.J., at the Mitchell H. Cohen Building and U.S. Courthouse, Courtroom 5A, 4th and Cooper Streets, Camden, New Jersey, 08101, for an Order granting summary judgment in favor of the Defendant, John M. Makowski.

PLEASE TAKE FURTHER NOTICE that in support of said Motion, the Defendant, John M. Makowski will rely upon the Certification of John M. Makowski with Exhibits and Brief in Support of Motion submitted herewith.

PLEASE TAKE FURTHER NOTICE that this Motion is being submitted on the papers unless opposition is filed, in which case oral argument is requested.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

Respectfully Submitted,

 /s/John M. Makowski
**JOHN M. MAKOWSKI, ESQUIRE**
**Attorney for Defendant, Makowski**
**Glendale Executive Campus**
**4003 Lincoln Drive West, Suite C**
**Marlton, New Jersey  08053-1523**
**856-988-0002**
**John@Makowskilawfirm.com**

2