Liam Y. Braber, Esq.  (LB4210)
lbraber@jacobydonner.com
JACOBY DONNER, PC   A Pennsylvania Professional Corp.
1700 Market St.   Suite 3100
Philadelphia, PA 19103
215.563.2400 (tel.)   215.563.2870 (fax)

Attorney for Defendants Plumbers Local 690 Supplemental Retirement Plan, Thomas J. McNulty, John I. Kane, Thomas J. Crowther, Timothy J. Brink, Howard Weinstein, John J. Bee.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY – CAMDEN VICINAGE

| | | |
|---|---|---|
| JENNIFER A. GALLAGHER, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | No. 13-CV-1103 |
| | : | Removed from NJ Superior Court |
| JOHN M. MAKOWSKI, et al., | : | |
| Defendants | : | **NOTICE OF MOTION FOR SUMMARY JUDGMENT UNDER FED.R.CIV.P. 56** |

TO:   Joseph Pinto, Esq.   Attorney for Plaintiff Gallagher

   John M. Makowski, Esq.   Attorney for Defendant Makowski

PLEASE TAKE NOTICE that on December 16, 2013, at 9:00 a.m. or as soon as thereafter as counsel may be heard, the undersigned attorney for the Defendants Plumbers Local 690 Supplemental Retirement Plan, Thomas J. McNulty, John I. Kane, Thomas J. Crowther, Timothy J. Brink, Howard Weinstein, and John J. Bee (the "Fund Defendants") shall move before the Hon. Joseph E. Irenas, U.S.D.J., at the Mitchell H. Cohen Building and U.S. Courthouse, Courtroom 5A, 4th and Cooper Streets, Camden, New Jersey, 08101, for an Order granting summary judgment in favor of the Fund Defendants.

PLEASE TAKE FURTHER NOTICE that in support of said Motion, the Fund Defendants will rely upon the Certification of Thomas J. McNulty with Appendix of Exhibits and Brief in Support of Motion submitted herewith.

PLEASE TAKE FURTHER NOTICE that this Motion is being submitted on the papers and oral argument is waived.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is being submitted herewith.

Respectfully submitted,

/s/Liam Y. Braber
_____
Liam Y. Braber  (LB-4210)
Jacoby Donner, PC
A Pennsylvania Corporation
1700 Market St.  Ste 3100
Philadelphia, PA 19103
215.563.2400 (tel.)
215.563.2870 (fax)