IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JENNIFER GALLAGHER | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 13-1103 (JEI/AMD) |
| | : | |
| JOHN M. MAKOWSKI, ESQUIRE; | : | |
| PLUMBERS LOCAL UNION 690 | | Removed from Superior Court of |
| SUPPLEMENTAL RETIREMENT | : | New Jersey, Burlington County, |
| PLAN; THOMAS J. McNULTY; | | Law Division, Docket No. BUR-L-2873-12 |
| JOHN I. KANE; THOMAS J. | : | |
| CROWTHER; TIMOTHY | | |
| J. BRINK; HOWARD WEINSTEIN; | : | |
| JOHN J. BEE | | **Plaintiff's Notice of Cross-Motion for** |
| | : | **Partial Summary Judgment Against** |
| Defendants | | **the Plumbers Local Union 690** |
| | : | **Supplemental Retirement Plan and** |
| | | **Individual Plan Defendants** |
| | : | |

To:   Liam Braber, Esquire
      Jacoby Donner, P.C.
      1700 Market Street, Suite 3100
      Philadelphia, PA 19103

PLEASE TAKE NOTICE that on January 6, 2014 or as soon thereafter as counsel may

be heard, the undersigned attorney for plaintiff Jennifer Gallagher shall move before the

Honorable Joseph E. Irenas, U.S.D.J., at the Mitchell H. Cohen Building and U.S. Courthouse,

Courtroom 5A, 4th and Cooper Streets, Camden, New Jersey, 08101, for an Order granting

partial summary judgment in favor of the plaintiff and against defendants Plumbers Local Union

690 Supplemental Retirement Plan, Thomas J. McNulty, John I. Kane, Thomas J. Crowther,

Timothy J. Brink, Howard Weinstein and John J. Bee in the sum of $24,856.81 plus pre-

judgment interest and counsel fees and costs to be determined by the Court upon application of

plaintiff's counsel.

      PLEASE TAKE FURTHER NOTICE that in support of said Cross-Motion, plaintiff will rely on the Brief, Appendix, Local Rule 56.1 Statement of Undisputed Facts, Response to defendants' Statement of Facts and Certification of Joseph M. Pinto, Esquire (included in Appendix).

                             POLINO and PINTO, P.C.

                             By: /s/   Joseph M. Pinto
                             Joseph M. Pinto, Esquire
Date:   December 20, 2013            Attorney for Plaintiff